In the United States District Court
for the District of Massachusetts

IN CLERKS OFFICE
2012 MAY 18 A 9:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: 1:12-cv-10662-GAO

### Default judgment

Respondent has failed to assert any claim to Petitioner by proving the certificate of search in the district court to be faulty or fraudulent within the twenty-one days stipulated. As stipulated on the summons properly formed and served;

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer must be served on the plaintiff or plaintiffs attorney, ...
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to Petitioner. Respondent is by law to forfeit seizure upon Petitioner's property and person. If Respondent fails to do so, a certificate of exigent circumstances will issue calling for Respondent's arrest in the cognizance of the State Department and Speaker of the House.

USDC
1 Default Judgment

10 Charles Street
Quincy, Mass.
[02169]

MARSELA DOCI
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov. 06, 2015

MAY 11 2012  Quincy MA 02169

*The Commonwealth of Massachusetts*

**William Francis Galvin**
**Secretary of the Commonwealth**

C-1

G 1598938

Boston, Massachusetts             May 15, 2012

*I hereby certify that*

**Marsela Doci**

was appointed and commissioned on November 5, 2008 , and on January 12, 2009 duly received the qualifying oaths thereunder, as a **Notary Public** for the Commonwealth of Massachusetts, for the terms of seven years from the date of said commission; that as such Notary Public, said appointee is by law authorized to administer oaths, to take depositions and to take acknowledgements of deeds or conveyances of lands, tenements or hereditaments and other instruments throughout the Commonwealth to be recorded according to law; and that to said appointees acts and attestations, as such, full faith and credit are and ought to be given, in and out Court.

*In testimony of which,* I have hereunto affixed the

*Great Seal of the Commonwealth*



on the first date above written

William Francis Galvin
Secretary of the Commonwealth

prepared by jphelan

The round-date and certificate of mailing testify that certified copies of this default judgment were posted as follows:

| | |
|---|---|
| United States District Court<br>for the District of Massachusetts<br>1 Courthouse Way<br>Boston, Mass.<br>    [02210] | hand delivered |
| Karen A. BERRIS, Respondent<br>Putnam Court<br>155 Church Street<br>Putnam, Conn.<br>    [06260] | Certified mail # 7011 2970 0000 4173 5557 |

