UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10662-GAO

KARL NELSON,
Plaintiff,

v.

KAREN BERRIS, Chief Clerk, Windham Judicial District, State of Connecticut,
Defendant.

ORDER
August 13, 2012

O'TOOLE, D.J.

The plaintiff's Complaint fails to allege sufficient contacts within the Commonwealth of Massachusetts. Indeed, the Complaint seems to suggest that actions took place in Connecticut. In any event, more is needed to establish venue and personal jurisdiction here. See Fed. R. Civ. P. 12(b)(2) & (3). Furthermore, the plaintiff's Complaint lacks a short, plain statement of the claim showing that the plaintiff is entitled to relief. For this reason, too, his Complaint is deficient. See Fed. R. Civ. P. 8. Accordingly, the defendant's motion (dkt. no. 7) to dismiss is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge