Karl Nelson, Petitioner
10 Charles Street
Quincy, Mass.
[02169]

FILED
IN CLERKS OFFICE

2012 SEP -7  P 2: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, Mass.
[02210]

by hand delivery

Dear Chris Danieli;

Please file this instruction letter & refusal for cause in the case jacket of **Article III case 1:12-cv-10662-GAO**. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. My check to CCO Mortgage transmitted in good faith is attached. Financial account numbers have been masked. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that the original presentment, refused for cause in red ink and a copy of this clerk instruction, I have mailed certified as indicated below back to the presenter within a few days of presentment.

_____
Karl Nelson

CCO Mortgage
VAM440
10561 Telegraph Road
Glen Allen, Virginia.
[23059]

Certified mail # 7007 3020 0003 2404 3124



Page 1 of 2