**CCO Mortgage**

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

August 24, 2012

Karl Henck
Karen C Henck
10 Charles Street
Quincy MA 02169

RE: LOAN NO: 8000▇
    RETURN FUNDS NOTICE

Dear Mortgage Customer:

Enclosed please find check number 215 for the amount of $1013.94. We are unable to post any funds to your account due to the delinquency of your loan.

Please send the total amount due as specified below in the form of certified funds or cashier's check.

As of the above date, the total due is $ 13,736.27. This amount is subject to change as additional payments, fees and costs accrue as specified within the loan documents.

If unusual circumstances prevent you from bringing your loan up-to-date, please call 800-456-8855 to discuss the possibility of making special arrangements. Thank you.

*[Handwritten across letter: "Refused for Cause"]*

Sincerely,

Problem Debt Mar.

CA110
NAL

*[Image of check #215 dated 8-17-12, payable to CCO Mortgage for $1013.94, "One thousand thirteen + 94/100 Dollars", drawn on Citizens Bank Massachusetts, Karl Henck / Karen C. Henck, 10 Charles St, Quincy, MA 02169, For: 800000▇]*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval. Equal Housing Lender

RBS