Karl Nelson, Petitioner
10 Charles Street
Quincy, Mass.
[02169]

**FILED**
**IN CLERKS OFFICE**

2012 NOV -9  A 9 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court                    by hand delivery
for the District of Massachusetts
1 Courthouse Way
Boston, Mass.  [02210]

Dear Chris Danieli;

Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**.
These are evidence if this presenter, CCO Mortgage, claims I have obligations to perform or continues to
make false claims against me in the future.  Financial account numbers have been redacted. A copy of this
instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that the original presentment, refused for cause in red ink and a copy of
this clerk instruction, has been mailed certified as indicated below back to the presenter within a few
days of presentment.

Karl Nelson

CCO Mortgage                    Certified mail # 7012 1010 0001 3888 3252
10561 Telegraph Road
Glen Allen, Virginia.
          [23059]

| U.S. Postal Service CERTIFIED MAIL₁ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided) | | |
| --- | --- | --- |
| For delivery information visit our website at www.usps.com | | |
| GLEN ALLEN VA 230 OFFICIAL USE | | |
| Postage | $ | $0.45 | 0984 |
| Certified Fee | | $2.95 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.75 | 11/07/2012 |
| Sent To | *CCO Mortgage* | | |
| Street, Apt. No.; or PO Box No. | *10561 Telegraph Rd* | | |
| City, State, ZIP+4 | *Glen Allen Virginia* | | |
| PS Form 3800, Au... | | See Reverse for Instructions |

7012 1010 0001 3888 3252

 **CCO Mortgage**

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

October 25, 2012

Karl Henck
Karen C Henck
10 Charles Street
Quincy                MA 02169

RE:  LOAN NO. 80000██████
PROPERTY LOCATED AT: 10 Charles Street
                Quincy MA 02169

Dear Mortgagor Customer:

You have failed to reinstate your mortgage loan. Due to the default
status of your loan, we must order an appraisal of your property
referenced above, to assess our risk and the next seven to 10 days
someone may contact you or visit your property to evaluate the general
condition of your home.

The fee for this appraisal, once completed, will be assessed against
your mortgage account and will need to be included in any reinstatement
of your loan.

We know that your home is important to you, and we are concerned that
you may lose it. If you have a temporary financial problem, we may be
able to help you. You may contact our office toll free at 1-800-456-8855.
Information contained in an appraisal will assist us in evaluating your
situation and make viable recommendations to you.

Sincerely,

Default Administration

CO101 CPI

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval.  ⌂ Equal Housing Lender

**⌘RBS**