Karl Nelson, Petitioner
10 Charles Street
Quincy, Mass.
[02169]

FILED
IN CLERKS OFFICE

2012 NOV 16 A 9: 04

United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

by hand delivery

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Chris Danieli;

Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, CCO Mortgage, claims I have obligations to perform or continues to make false claims against me in the future. Financial account numbers have been redacted. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that the original presentment, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

Karl Nelson

CCO Mortgage
10561 Telegraph Road
Glen Allen, Virginia.
[23059]

Certified mail # 7012 1010 0001 3888 3269



Page 1 of 2



10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

October 25, 2012

Karl Henck
Karen C Henck
10 Charles Street
Quincy MA 02169

RE: Loan No. 80000█████
    Amount Due on Cure Date: $ 15,877.05
    Property Address: 10 Charles Street Quincy MA 02169

Dear Mortgage Customer:

You are hereby notified that the referenced above loan is now in default. You have breached the terms of the Mortgage or Deed of Trust securing your loan by failing to make the monthly payments due 09-12-11 through 10-25-12. The total amount due is $ 14,863.11, which includes all applicable charges. To reinstate this default as of the cure date, you must pay to CCO Mortgage by certified check or cashier's check a total of $ 15,877.05, which includes payments and other charges through 11-24-12. The amount shown may not include additional fees that may apply to your loan. If another payment becomes due before the cure date, this must be added to the above amount to fully reinstate your loan.

    *** THE DEFAULT(S) MUST BE CURED BY November 24, 2012 ***

Failure to cure the default(s) on or before the date specified above may result in i) the full amount of unpaid principal, all interest, other charges and advances, if any, being immediately due and payable, and ii) a foreclosure sale of your property.

You have the right to reinstate your loan prior to a foreclosure sale by paying all sums due to be paid as stated above and any other sums then due under the Mortgage Deed of Trust or Deed to Secure Debt the" Security Instrument" and Note, including all expenses incurred in enforcing the Security Instrument.

You have the right to bring a court action to assert the non-existence of a default or any other defense you may have to acceleration and sale.

Please call our office immediately at 800-456-8855 concerning full payment on this account. You may mail the amount due to our office at 10561 Telegraph Rd., Glen Allen, VA 23059, or for faster payment, you may use the Western Union Quick Collect or Just in Time Service. Please call to obtain further information about either option.

WE HAVE TOLD CREDIT BUREAUS ABOUT A LATE PAYMENT, MISSED PAYMENT OR OTHER DEFAULT ON YOUR ACCOUNT. THIS INFORMATION MAY BE REFLECTED ON YOUR CREDIT REPORTS

Default Department

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. Equal Housing Lender

XRBS