**Karl Nelson, Petitioner**
10 Charles Street
Quincy, Mass.
[02169]

FILED
IN CLERKS OFFICE

2013 APR -4  A 10: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

by hand delivery

Dear Chris Danieli;

Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, CCO Mortgage, claims I have obligations to perform or continues to make false claims against me in the future. Financial account numbers have been redacted. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that the original presentment, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

_Karl Nelson_
Karl Nelson

CCO Mortgage
10561 Telegraph Road
Glen Allen, Virginia.
[23059]

Certified mail # 7007 3020 0003 2404 3131



Page 1 of 2

 **CCO Mortgage**

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

March 25, 2013

Karl Henck
Karen C Henck
10 Charles Street
Quincy          MA 02169

RE: LOAN NO. 80
PROPERTY LOCATED AT: 10 Charles Street
                    Quincy MA 02169

Dear Mortgagor Customer:

You have failed to reinstate your mortgage loan. Due to the default status of your loan, we must order an appraisal of your property referenced above, to assess our risk. In the next seven to 10 days someone may contact you or visit your property to evaluate the general condition of your home.

The fee for this appraisal, once completed, will be assessed against your mortgage account and will need to be included in any reinstatement of your loan.

We know that your home is important to you, and we are concerned that you may lose it. If you have a temporary financial problem, we may be able to help you. You may contact our office toll free at 1-800-456-8855. Information contained in an appraisal will assist us in evaluating your situation and make viable recommendations to you.

Sincerely,

Default Administration

CO101 CPI

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval. ⌂ Equal Housing Lender

XX RBS