**Karl Nelson, Petitioner**
**10 Charles Street**
**Quincy, Mass.**
**[02169]**

FILED
IN CLERKS OFFICE
2013 MAY 29 A 9:55
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court      by hand delivery
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

Dear Chris Danieli:

    Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, CCO Mortgage, claims I have obligations to perform or continues to make false claims against me in the future. Financial account numbers have been redacted. A copy of this instruction has been sent with the original refusals for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that the original presentments, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

                                                                                      Karl Nelson

CCO Mortgage            Certified mail # 7012 1010 0001 3887 4830
10561 Telegraph Road
Glen Allen, Virginia.
      [23059]

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

GLEN ALLEN VA 23059

| | | |
|---|---|---|
| Postage | $1.52 | 0170 |
| Certified Fee | $3.10 | 11 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.55 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.17 | 05/28/2013 |

Sent To: CCO Mortgage
Street, Apt. No.; or PO Box No.: 10561 Telegraph Rd
City, State, ZIP+4: Glen Allen Virginia

PS Form 3800, August 2006      See Reverse for Instructions

7012 1010 0001 3887 4830

> - This is an important notice concerning your right to live in your home. Have it translated at once.
> - Esta carta explica sus derechos legales para permanezer en su propiedad de vivienda. Por favor traduzca esta notificacion imediatamente.
> - Este é um aviso importante em relação ao seu dereito de morar na sua residência. Por favor, tem tradizido imediatamente.
> - C'est une notification importante concernant votre droit de vivre chez vous. Faites-la traduire immédiatement.
> - 这是关于您的权利的一个重要通知在您的家居住。 安排它立即被翻译。

### 150 Day Right to Cure Your Mortgage Default

May 20, 2013
Regular and Certified Mail

KARL HENCK
10 CHARLES STREET
QUINCY MA 02169

RE: 10 CHARLES STREET
QUINCY MA 02169
Loan: 80000●●●● with CCO Mortgage
KAREN

To: KARL HENCK

We are contacting you because you did not make your monthly loan payment[s] due on 9/12/2011 to CCO Mortgage. You must pay the past due amount of $36,369.82 for 09/12/2011 to 5/12/2013 on or before 10/20/2013, which is 150 days from the date of this notice. The past due amount on the date of this notice is specified below:

- Unpaid Mortgage Payments (includes monthly Interest & Escrow if applicable): $26,590.90
- Additional Interest Accrued: $8,467.39
- Escrow included in Unpaid Mortgage Payments: $0.00
- Late Charges and Other Fees: $1,311.53

If you pay the past due amount, and any additional monthly payments, late charges or fees that may become due between the date of this notice and the date when you make your payment, your account will be considered up-to-date and you can continue to make your regular monthly payments.

*(Handwritten across page: "Refused for cause")*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. Equal Housing Lender

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

Make your payment directly to:

CCO Mortgage
Default Collections
10561 Telegraph Road
Glen Allen, Va. 23059

Please consider the following:

- You should contact the Homeownership Preservation Foundation (888-995-HOPE) to speak with counselors who can provide assistance and may be able to help you work with your lender to avoid foreclosure. There may be other homeownership assistance available through your lender or servicer.

- You may also contact the Division of Banks (617-956-1500) or visit www.mass.gov/foreclosures to find a foreclosure prevention program near you.

- After 10/20/2013, you can still avoid foreclosure by paying the total past due amount before a foreclosure sale takes place. Depending on the terms of the loan, there may also be other ways to avoid foreclosure, such as selling your property, refinancing your loan, or voluntarily transferring ownership of the property to CCO Mortgage.

**If you do not pay the total past due amount of $36,369.82 for 09/12/2011 to 5/12/2013 and any additional payments that may become due by 10/20/2013, you may be evicted from your home after a foreclosure sale. If CCO Mortgage forecloses on this property, it means the mortgagee or new buyer will take over the ownership of your home.**

If you have questions, or disagree with the calculation of your past due balance, please contact CCO Mortgage at 1-800-456-8855 OR TDD 1-800-054-8988 OR 10561 Telegraph Road Glen Allen, Va. 23059.

Sincerely,

Default Administration

Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

[handwritten across page: "Refuse for Cause"]

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. Equal Housing Lender

C

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

> - This is an important notice concerning your right to live in your home. Have it translated at once.
> - Esta carta explica sus derechos legales para permanezer en su propiedad de vivienda. Por favor traduzca esta notificacion imediatamente.
> - Este é um aviso importante em relação ao seu dereito de morar na sua residência. Por favor, tem tradizido imediatamente.
> - C'est une notification importante concernant votre droit de vivre chez vous. Faites-la traduire immédiatement.
> - 这是关于您的权利的一个重要通知在您的家居住。 安排它立即被翻译。

**150 Day Right to Cure Your Mortgage Default**

May 20, 2013
Regular and Certified Mail

KARL HENCK
10 CHARLES STREET
QUINCY MA 02169

RE: 10 CHARLES STREET
QUINCY MA 02169
Loan 80000■■■■ with CCO Mortgage
KAREN

To: KARL HENCK

*[handwritten across page: "Release for Cause"]*

We are contacting you because you did not make your monthly loan payment[s] due on 9/12/2011 to CCO Mortgage. You must pay the past due amount of $36,369.82 for 09/12/2011 to 5/12/2013 on or before 10/20/2013, which is 150 days from the date of this notice. The past due amount on the date of this notice is specified below:

- Unpaid Mortgage Payments (includes monthly Interest & Escrow if applicable): $26,590.90
- Additional Interest Accrued: $8,467.39
- Escrow included in Unpaid Mortgage Payments: $0.00
- Late Charges and Other Fees: $1,311.53

If you pay the past due amount, and any additional monthly payments, late charges or fees that may become due between the date of this notice and the date when you make your payment, your account will be considered up-to-date and you can continue to make your regular monthly payments.

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. 🏠 Equal Housing Lender

RBS

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

Make your payment directly to:

CCO Mortgage
Default Collections
10561 Telegraph Road
Glen Allen, Va. 23059

Please consider the following:

- You should contact the Homeownership Preservation Foundation (888-995-HOPE) to speak with counselors who can provide assistance and may be able to help you work with your lender to avoid foreclosure. There may be other homeownership assistance available through your lender or servicer;

- You may also contact the Division of Banks (617-956-1500) or visit www.mass.gov/foreclosures to find a foreclosure prevention program near you;

- After 10/20/2013, you can still avoid foreclosure by paying the total past due amount before a foreclosure sale takes place. Depending on the terms of the loan, there may also be other ways to avoid foreclosure, such as selling your property, refinancing your loan, or voluntarily transferring ownership of the property to CCO Mortgage.

**If you do not pay the total past due amount of $36,369.82 for 09/12/2011 to 5/12/2013 and any additional payments that may become due by 10/20/2013, you may be evicted from your home after a foreclosure sale. If CCO Mortgage forecloses on this property, it means the mortgagee or new buyer will take over the ownership of your home.**

If you have questions, or disagree with the calculation of your past due balance, please contact CCO Mortgage at 1-800-456-8855 OR TDD 1-800-654-5988 OR 10561 Telegraph Road Glen Allen, Va. 23059.

Sincerely,

Default Administration

Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

[Handwritten across page: "Refuse for Cause"]

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. Equal Housing Lender

※RBS

**5**

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

## Right to Request a Mortgage Loan Modification

- This is an important notice concerning your right to live in your home. Have it translated at once.
- Esta carta explica sus derechos legales para permanezer en su propiedad de vivienda. Por favor traduzca esta notificacion imediatamente.
- Este é um aviso importante em relação ao seu dereito de morar na sua residência. Por favor, tem tradizido imediatamente.
- C'est une notification importante concernant votre droit de vivre chez vous. Faites-la traduire immédiatement.
- 这是关于您的权利的一个重要通知在您的家居住。 安排它立即被翻译。

**RIGHT TO REQUEST A MODIFIED MORTGAGE LOAN**

May 20, 2013
Certified/US Mail

**KARL HENCK
10 CHARLES STREET]
QUINCY, MA 02169**

RE: 10 CHARLES STREET, Loan: 0000▇▇▇▇ with CCO Mortgage

To: KARL HENCK

We are contacting you because our records indicate that you are eligible under Massachusetts law to request a modification of your mortgage with CCO Mortgage. If you want to request a loan modification or other foreclosure alternative option, you must complete and return the enclosed Mortgage Modification Options form along with any supporting information no later than 6/19/2013. The Mortgage Modification Options form and any supporting documents must be returned by certified mail or similar service to CCO Mortgage. We will respond to your request within 30 days of its receipt.

Please be aware this notice of Right to Request a Modified Mortgage Loan is different from the Right to Cure Your Mortgage Default notice that you may have already received. *This Right to Request a Modified Mortgage Loan notice and the enclosed Mortgage Modification Options form provide you with different choices. These choices impact the options under the Right to Cure notice that you received and should be carefully considered.* If you do not want to request a loan modification, you must still return the enclosed Mortgage Modification Options form. Please keep a copy of everything you send to us.

**If you do not return the enclosed Mortgage Modification Options form by 6/19/2013 your right to cure your mortgage default will be reduced from 150 days to 90 days and your**

*[Handwritten across page: "Refused for Cause"]*



Mortages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval. ⌂ Equal Housing Lender

RBS

6

10561 Telegraph Road<br>
Glen Allen, VA 23059<br><br>
www.ccomortgage.com

※ RBS

**right to cure period would end on 8/18/2013.**

If you have questions, please contact CCO Mortgage at: 1- 877-745-7366 OR TDD 1- 800-654-5988 OR Attention: Loss Mitigation, 10561 Telegraph Road, Glen Allen, VA 23059. If you would like assistance from the Attorney General's Office, you may contact the HomeCorps hotline at 617-573-5333 to speak with a loan modification specialist who can assist you. We suggest you mention this notice when you call.

Sincerely,

Melanie L. Reid
Contact Center Sr. Manager

Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

Enclosures:

☐ Mortgage Modification Options form

☐ Request for Modification Assistance form or CCO Mortgage current loan modification application

☐ Requested Documents for Loan Modification Application, or similar form

*[Handwritten across page: "Refuse for Cause"]*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. Equal Housing Lender

※ RBS

7

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

## MORTGAGE MODIFICATION OPTIONS

You must return this form in the enclosed envelope by 6/19/2013

KARL HENCK
10 CHARLES STREET]
QUINCY, MA 02169

RE: 10 CHARLES STREET; Loan: 80000■■■■ with CCO Mortgage

To KARL HENCK:

You must check one of the following boxes to notify CCO Mortgage of how you would like to proceed.

☐ I would like to request a loan modification. I have attached a complete statement of my income and list of total debts and obligations as requested by the creditor in the form(s) which accompanied the Right to Request a Mortgage Loan Modification notice. I maintain my right to a 150 day period to cure my mortgage default.

☐ I would like to request a different foreclosure alternative such as a short sale or deed-in lieu of foreclosure. I maintain my right to a 150 day period to cure my mortgage default.

☐ I do not want to request a loan modification or any foreclosure alternative. I maintain my right to a 150 day period to cure my mortgage default.

☐ I want to waive my right to cure the default on my mortgage loan and proceed to foreclosure. I understand that by choosing this option I waive my right to any cure period.

**IF YOU DO NOT RETURN THE ENCLOSED MORTGAGE MODIFICATION OPTIONS FORM BY 6/19/2013 YOUR RIGHT TO CURE YOUR MORTGAGE DEFAULT WILL BE REDUCED FROM 150 DAYS TO 90 DAYS AND YOUR RIGHT TO CURE PERIOD WOULD END ON 8/18/2013.**

Borrower's Name: _____   Date: _____

Borrower's Telephone Number: _____

*[Handwritten across form: "Refused for cause"]*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. Equal Housing Lender

RBS

8

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

## REQUIRED DOCUMENTS FOR LOAN MODIFICATION APPLICATION

| | |
|---|---|
| ☐ All Borrowers | ☐ An application that includes a complete list of monthly income and expenses, if required by the creditor<br>☐ Provide signed Internal Revenue Service Form 4506-T (Individual Tax Return Transcript Form) or Internal Revenue Service Form 4506T-EZ (Short Form for Individual Tax Return Transcript)<br>☐ Provide copy of last two years' tax returns, with all schedules including Schedule E, if applicable<br>☐ Provide copy of 2 most recent bank account statements<br>☐ Provide proof of expenses and monthly obligations<br>☐ Provide copy of utility bill showing homeowner name and property address<br>☐ Provide copy of credit card statements showing payments due on all balances<br>☐ Provide copy of mortgage statements for other mortgages on the property, if applicable |
| ☐ For people who earn a wage | ☐ Provide a copy of most recent pay stubs reflecting at least 30 days of year-to-date income of borrower or co-borrower |
| ☐ **For people who are self-employed** | ☐ Provide a copy of the most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ **For people who receive alimony, child support, or separation maintenance payments** | ☐ Provide documentation of alimony, child support, and/or separation payments<br><br>*Notice: Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.* |

*Handwritten across page: "Refuse for Cause"*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. ⌂ Equal Housing Lender

☒ RBS

9

![RBS]

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

| ☐ **For people who receive income from other sources** | ☐ Provide documentation of tips, commissions, bonuses, housing allowance or overtime; and/or<br>☐ Provide documentation of unemployment income and/or social security income, death benefits, pension, public assistance, or adoption assistance; and/or<br>☐ Provide documentation of income from rental properties, including copy of any lease agreement |



*Refused for Cause*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. ⌂ Equal Housing Lender

C

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

## Right to Request a Mortgage Loan Modification

- This is an important notice concerning your right to live in your home. Have it translated at once.
- Esta carta explica sus derechos legales para permanezer en su propiedad de vivienda. Por favor traduzca esta notificacion imediatamente.
- Este é um aviso importante em relação ao seu dereito de morar na sua residência. Por favor, tem tradizido imediatamente.
- C'est une notification importante concernant votre droit de vivre chez vous. Faites-la traduire immédiatement.
- 这是关于您的权利的一个重要通知在您的家居住。 安排它立即被翻译。

**RIGHT TO REQUEST A MODIFIED MORTGAGE LOAN**

May 20, 2013
Certified/US Mail

KARL HENCK
10 CHARLES STREET
QUINCY, MA 02169

RE: 10 CHARLES STREET; Loan: 80000█████ with CCO Mortgage

To: KARL HENCK

We are contacting you because our records indicate that you are eligible under Massachusetts law to request a modification of your mortgage with CCO Mortgage. If you want to request a loan modification or other foreclosure alternative option, you must complete and return the enclosed Mortgage Modification Options form along with any supporting information no later than 6/19/2013. The Mortgage Modification Options form and any supporting documents must be returned by certified mail or similar service to CCO Mortgage. We will respond to your request within 30 days of its receipt.

Please be aware this notice of Right to Request a Modified Mortgage Loan is different from the Right to Cure Your Mortgage Default notice that you may have already received. *This Right to Request a Modified Mortgage Loan notice and the enclosed Mortgage Modification Options form provide you with different choices. These choices impact the options under the Right to Cure notice that you received and should be carefully considered.* If you do not want to request a loan modification, you must still return the enclosed Mortgage Modification Options form. Please keep a copy of everything you send to us.

**If you do not return the enclosed Mortgage Modification Options form by 6/19/2013 your right to cure your mortgage default will be reduced from 150 days to 90 days and your**

*[Handwritten across document: "Refused for Cause"]*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval.  Equal Housing Lender

❀RBS

※ RBS

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

**right to cure period would end on 8/18/2013.**

If you have questions, please contact CCO Mortgage at: 1- 877-745-7366 OR TDD 1- 800-654-5988 OR Attention: Loss Mitigation, 10561 Telegraph Road, Glen Allen, VA 23059. If you would like assistance from the Attorney General's Office, you may contact the HomeCorps hotline at 617-573-5333 to speak with a loan modification specialist who can assist you. We suggest you mention this notice when you call.

Sincerely,

Melanie L. Reid
Contact Center Sr. Manager

Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

Enclosures:

☐ Mortgage Modification Options form

☐ Request for Modification Assistance form or CCO Mortgage current loan modification application

☐ Requested Documents for Loan Modification Application, or similar form

*Refuse for Cause* (handwritten across page)

Mortgages are offered and originated by RBS Citizens N.A. CCO Mortgage is a division of RBS Citizens N.A. All loans are subject to approval. ⌂ Equal Housing Lender

※ RBS

12

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

## MORTGAGE MODIFICATION OPTIONS

You must return this form in the enclosed envelope by 6/19/2013

**KARL HENCK
10 CHARLES STREET]
QUINCY, MA 02169**

RE: 10 CHARLES STREET; Loan: 8000~~~~~~ with CCO Mortgage

To KARL HENCK:

You must check one of the following boxes to notify CCO Mortgage of how you would like to proceed.

☐ I would like to request a loan modification. I have attached a complete statement of my income and list of total debts and obligations as requested by the creditor in the form(s) which accompanied the Right to Request a Mortgage Loan Modification notice. I maintain my right to a 150 day period to cure my mortgage default.

☐ I would like to request a different foreclosure alternative such as a short sale or deed-in lieu of foreclosure. I maintain my right to a 150 day period to cure my mortgage default.

☐ I do not want to request a loan modification or any foreclosure alternative. I maintain my right to a 150 day period to cure my mortgage default.

☐ I want to waive my right to cure the default on my mortgage loan and proceed to foreclosure. I understand that by choosing this option I waive my right to any cure period.

**IF YOU DO NOT RETURN THE ENCLOSED MORTGAGE MODIFICATION OPTIONS FORM BY 6/19/2013 YOUR RIGHT TO CURE YOUR MORTGAGE DEFAULT WILL BE REDUCED FROM 150 DAYS TO 90 DAYS AND YOUR RIGHT TO CURE PERIOD WOULD END ON 8/18/2013.**

Borrower's Name: _____  Date: _____

Borrower's Telephone Number: _____

*(Handwritten across page: "Refuse for cause")*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. ⌂ Equal Housing Lender

※RBS

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

## REQUIRED DOCUMENTS FOR LOAN MODIFICATION APPLICATION

| | |
|---|---|
| ☐ All Borrowers | ☐ An application that includes a complete list of monthly income and expenses, if required by the creditor <br> ☐ Provide signed Internal Revenue Service Form 4506-T (Individual Tax Return Transcript Form) or Internal Revenue Service Form 4506T-EZ (Short Form for Individual Tax Return Transcript) <br> ☐ Provide copy of last two years' tax returns, with all schedules including Schedule E, if applicable <br> ☐ Provide copy of 2 most recent bank account statements <br> ☐ Provide proof of expenses and monthly obligations <br> ☐ Provide copy of utility bill showing homeowner name and property address <br> ☐ Provide copy of credit card statements showing payments due on all balances <br> ☐ Provide copy of mortgage statements for other mortgages on the property, if applicable |
| ☐ For people who earn a wage | ☐ Provide a copy of most recent pay stubs reflecting at least 30 days of year-to-date income of borrower or co-borrower |
| ☐ **For people who are self-employed** | ☐ Provide a copy of the most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ **For people who receive alimony, child support, or separation maintenance payments** | ☐ Provide documentation of alimony, child support, and/or separation payments <br><br> *Notice: Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.* |

*Handwritten across page: "Refuse for Cause"*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. ⌂ Equal Housing Lender

☒ RBS

RBS

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

| ☐ **For people who receive income from other sources** | ☐ Provide documentation of tips, commissions, bonuses, housing allowance or overtime; and/or <br> ☐ Provide documentation of unemployment income and/or social security income, death benefits, pension, public assistance, or adoption assistance; and/or <br> ☐ Provide documentation of income from rental properties, including copy of any lease agreement |



Refusal for Cause

Mortgages are offered and originated by RBS Citizens, N.A.. CCO Mortgage is a division of RBS Citizens, N.A. All loans are subject to approval. ⌂ Equal Housing Lender

RBS