Karl Nelson, Petitioner
10 Charles Street
Quincy, Mass.
[02169]

United States District Court   by hand delivery
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

Dear Chris Danieli;

Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, CCO Mortgage, claims I have obligations to perform or continues to make false claims against me in the future. Financial account numbers have been redacted. A copy of this instruction has been sent with the original refusals for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that the original presentments, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

_____
Karl Nelson

CCO Mortgage              Certified mail # 7012 1010 0001 3888 4754
10561 Telegraph Road
Glen Allen, Virginia.
         [23059]



Page 1 of 3


**CCO Mortgage**

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

- This is an important notice concerning your right to live in your home. Have it translated at once.
- Esta carta explica sus derechos legales para permanezer en su propiedad de vivienda. Por favor traduzca esta notificacion imediatamente.
- Este é um aviso importante em relação ao seu dereito de morar na sua residência. Por favor, tem tradizido imediatamente.
- C'est une notification importante concernant votre droit de vivre chez vous. Faites-la traduire immédiatement.
- 这是关于您的权利的一个重要通知在您的家居住。安排它立即被翻译。

### 150 Day Right to Cure Your Mortgage Default

May 20, 2013
Regular and Certified Mail

KARL HENCK
10 CHARLES STREET
QUINCY MA 02169

RE: 10 CHARLES STREET
QUINCY MA 02169
Loan: 80000     with CCO Mortgage
KAREN

To: KARL HENCK

We are contacting you because you did not make your monthly loan payment[s] due on 9/12/2011 to CCO Mortgage. You must pay the past due amount of $36,369.82 for 09/12/2011 to 5/12/2013 on or before 10/20/2013, which is 150 days from the date of this notice. The past due amount on the date of this notice is specified below:

- Unpaid Mortgage Payments (includes monthly Interest & Escrow if applicable): $26,590.90
- Additional Interest Accrued: $8,467.39
- Escrow included in Unpaid Mortgage Payments: $0.00
- Late Charges and Other Fees: $1,311.53

If you pay the past due amount, and any additional monthly payments, late charges or fees that may become due between the date of this notice and the date when you make your payment, your account will be considered up-to-date and you can continue to make your regular monthly payments.

*[Handwritten across page: "REFUSE For CAUSE"]*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval.  ⌂ Equal Housing Lender

※RBS

2



10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

Make your payment directly to:

CCO Mortgage
Default Collections
10561 Telegraph Road
Glen Allen, Va. 23059

Please consider the following:

- You should contact the Homeownership Preservation Foundation (888-995-HOPE) to speak with counselors who can provide assistance and may be able to help you work with your lender to avoid foreclosure. There may be other homeownership assistance available through your lender or servicer;

- You may also contact the Division of Banks (617-956-1500) or visit www.mass.gov/foreclosures to find a foreclosure prevention program near you;

- After 10/20/2013, you can still avoid foreclosure by paying the total past due amount before a foreclosure sale takes place. Depending on the terms of the loan, there may also be other ways to avoid foreclosure, such as selling your property, refinancing your loan, or voluntarily transferring ownership of the property to CCO Mortgage.

**If you do not pay the total past due amount of $36,369.82 for 09/12/2011 to 5/12/2013 and any additional payments that may become due by 10/20/2013, you may be evicted from your home after a foreclosure sale. If CCO Mortgage forecloses on this property, it means the mortgagee or new buyer will take over the ownership of your home.**

If you have questions, or disagree with the calculation of your past due balance, please contact CCO Mortgage at 1-800-456-8855 OR TDD 1-800-654-5988 OR 10561 Telegraph Road Glen Allen, Va. 23059.

Sincerely,


Default Administration


Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

Mortgages are offered and originated by RBS Citizens, N.A.  CCO Mortgage is a division of RBS Citizens, N.A.
All loans are subject to approval.  Equal Housing Lender

