Karl Nelson, Petitioner
10 Charles Street
Quincy, Mass.
[02169]

FILED
CLERKS OFFICE

2014 JAN -6 A 10: 09

DISTRICT COURT
DIST. OF MASS.

United States District Court            by hand delivery
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

Dear Chris Danieli:

    Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, CCO Mortgage, claims I have obligations to perform or continues to make false claims against me in the future. Financial account numbers have been redacted. A copy of this instruction has been sent with the original refusals for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that the original presentments, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

*Karl Nelson* (signed)

Karl Nelson

CCO Mortgage                 Certified mail # 7012 3460 0001 3586 4754
10561 Telegraph Road
Glen Allen, Virginia.
    [23059]



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

GLEN ALLEN VA 23059

| | | |
|---|---|---|
| Postage | $0.46 | 0169 |
| Certified Fee | $3.10 | 17 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.55 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | JAN -3 2014 |
| Total Postage & Fees | $6.11 | 01/03/2014 |

Sent To: CCO Mortgage
Street, Apt. No.; or PO Box No.: 10561 Telegraph Rd
City, State, ZIP+4: Glen Allen Virginia

PS Form 3800, August 2006        See Reverse for Instructions

7012 3460 0001 3586 4754

10561 Telegraph Road
Glen Allen, VA 23059

www.ccomortgage.com

December 24, 2013

Karl Henck
Karen C Henck
10 Charles Street
Quincy          MA 02169

RE:  LOAN NO. 800000███
PROPERTY LOCATED AT: 10 Charles Street
                     Quincy, MA 02169

Dear Mortgagor Customer:

You have failed to reinstate your mortgage loan. Due to the default status of your loan, we must order an appraisal of your property referenced above, to assess our risk. In the next seven to 10 days someone may contact you or visit your property to evaluate the general condition of your home.

The fee for this appraisal, once completed, will be assessed against your mortgage account and will need to be included in any reinstatement of your loan.

We know that your home is important to you, and we are concerned that you may lose it. If you have a temporary financial problem, we may be able to help you. You may contact our office toll free at 1-800-456-8855. Information contained in an appraisal will assist us in evaluating your situation and make viable recommendations to you.

Sincerely,

Default Administration

CO101 CPI

*[Handwritten across letter: "Refused for Cause"]*

Mortgages are offered and originated by RBS Citizens, N.A. CCO Mortgage is a division of RBS Citizens N.A.
All loans are subject to approval.  ⌂ Equal Housing Lender

RBS