Case 1:12-cv-10662-GAO   Document 31   Filed 02/03/14   Page 1 of 2

Karl Nelson, Petitioner
10 Charles Street
Quincy, Mass.
[02169]

United States District Court          by hand delivery
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

Dear Chris Danieli;

    Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, Parking Clerk, City of Boston, claims I have obligations to perform or continues to make false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that the original presentment, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

                                      Karl Nelson

Parking Clerk, City of Boston        Certified mail # 7008 3230 0000 4806 1460
P.O. Box 55800
Boston, Mass.
    [02205]



**Page 1 of 2**


