**Karl Nelson, Petitioner**
**10 Charles Street**
**Quincy, Mass.**
**[02169]**

FILED
IN CLERKS OFFICE

2014 FEB 21 P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court        by hand delivery
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

Dear Chris Danieli;

Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, Parking Clerk, City of Boston, claims I have obligations to perform or continues to make false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that the original presentment, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

_____
Karl Nelson

Parking Clerk, City of Boston          Certified mail # 7012 3460 0002 8295 1031
P.O. Box 55801
Boston, Mass.
　　　[02205-5801]



Page 1 of 2

CITY OF BOSTON
OFFICE OF THE PARKING CLERK
ROOM 224 BOSTON CITY HALL
BOSTON MA 02201
(617) 635-4410

02/05/2014

```
00327   SH   COB1P001
#BWNLGPR ***AUTO**SCH 3-DIGIT 021
#00032740036002838#
HENCK KARL N
10 CHARLES ST
QUINCY, MA 02169-3602
```

Dear Sir/Madam:            Letter# 035
RE: State/Plate   MA / 882NP0

The Office of the Parking Clerk is informing you that the ticket(s) below cannot be dismissed for the reasons stated in your correspondence. You do have the right to appeal this ticket at a hearing. However, Hearing Officers cannot dismiss validly issued ticket(s) which conform to Parking Rules and Regulations.

If you desire to appeal, please sign and return the bottom half of this notice. If not, please make payment of the amount below within 30 days. Mail your payment along with this notice to P.O. Box 55801, Boston, MA 02205 or pay in person at Room 224 in City Hall. To make payment by telephone with MasterCard/Visa, dial (617) 635-3888. To pay this ticket via the City's website, log onto www.cityofboston.gov/parking/ and click on payment drop down box.

For further inquiries call (617) 635-4410; (outside Boston but within Mass) 1-800-442-1850.

Office of the Parking Clerk

**Refused for Cause** *(handwritten across document)*

Date: 02/05/2014 Letter # 035      Notice Number: 27403600283      Plate: MA / 88▇▇▇

| Ticket Number # | Date | Amount |
|---|---|---|
| 68081703▇ | 01/29/14 | $25.00 |

Signature:_____ Date:_____

Total Amount Due: $25.00

City of Boston
Office of the Parking Clerk
P.O. Box 55801
Boston, MA 02205-5801

27403600283030000025      Page 2