Karl Nelson, Petitioner
10 Charles Street
Quincy, Mass.
[02169]



United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, Mass. [02210]

by hand delivery

Dear Chris Danieli;

Please file this instruction letter and refusal for cause in the jacket of **Article III case 1:12-cv-10662-GAO**. These are evidence if this presenter, CCO Mortgage, claims I have obligations to perform or continues to make false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that the original presentment, refused for cause in red ink and a copy of this clerk instruction, has been mailed certified as indicated below back to the presenter within a few days of presentment.

_Karl Nelson_

CCO Mortgage
10561 Telegraph Rd
Glen Allen, Virginia
[23059]

Certified mail # 7012 3460 0002 8292 3960



# Mortgage Statement

Customer Service 1-800-234-6002
www.ccomortgage.com

0001671 /   RE


KARL HENCK
KAREN C HENCK
10 CHARLES STREET
QUINCY  MA  02169-3602

Statement Date:  01/27/2014



| | |
|---|---:|
| Account Number | 8000005101 |
| Payment Due Date | 02/12/2014 |
| **Amount Due** | **$49,032.38** |

If payment is received after 02/27/2014, a $30.42 late fee will be charged

### Explanation of Amount Due

| | |
|---|---:|
| Principal | $302.62 |
| Interest | $711.32 |
| Escrow (Taxes and Insurance) | $397.89 |
| Optional Insurance | $0.00 |
| Buydown Amount | $0.00 |
| **Regular Monthly Payment** | **$1,411.83** |
| Total Fees and Charges | $2,321.81 |
| Mortg Recoverable Bal | $0.00 |
| Overdue Payment | $45,298.74 |
| **Total Amount Due** | **$49,032.38** |

### Account Information

| | |
|---|---:|
| Outstanding Principal * | $151,419.61 |
| 2nd Principal Balance | ($0.00) |
| Interest Rate | 5.95000% |
| Prepayment Penalty | No |

* The Outstanding Principal is not the amount required to pay off your loan in full.

### Transaction Activity Since Last Statement

| Transaction Description | Date Due | Trans Date | Amount | Principal | Interest | Escrow | Optional Insurance | Fees/ Other |
|---|---|---|---|---|---|---|---|---|
| City Tax | 07/13 | 07/09 | $1,167.98 | $0.00 | $0.00 | -$1,167.98 | $0.00 | $0.00 |
| Escrow Advance | 09/11 | 07/09 | $1,167.98 | $0.00 | $0.00 | $1,167.98 | $0.00 | $0.00 |
| Late Charge | 09/11 | 07/29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.42 |
| Late Charge | 09/11 | 08/27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.42 |
| Late Charge | 09/11 | 09/27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.42 |
| City Tax | 10/13 | 10/10 | $1,167.97 | $0.00 | $0.00 | -$1,167.97 | $0.00 | $0.00 |
| Escrow Advance | 09/11 | 10/10 | $1,167.97 | $0.00 | $0.00 | $1,167.97 | $0.00 | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### ** Delinquency Notice **

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure-the loss of your home. As of January 27, you are 868 days delinquent on your mortgage loan.

Recent Account History:
* Payment Due 08/12/2013 : Unpaid balance of $2,338.48
* Payment Due 09/12/2013 : Unpaid balance of $2,338.48
* Payment Due 10/12/2013 : Unpaid balance of $2,338.48
* Payment Due 11/12/2013 : Unpaid balance of $2,338.48
* Payment Due 12/12/2013 : Unpaid balance of $2,338.48
* Payment Due 01/12/2014 : Unpaid balance of $2,338.48
* Current payment due 02/12/2014: $1,411.83
* Total: $49,032.38 due. This is the amount required to bring your loan current.

If you Are Experiencing Financial Difficulty: See the reverse side for information about mortgage counseling or assistance.

Please see reverse for important information about your account

# Mortgage Statement

CCO Mortgage
A Division of RBS Citizens N.A.

Customer Service 1-800-234-6002
www.ccomortgage.com

KARL HENCK
KAREN C HENCK
10 CHARLES STREET
QUINCY, MA 02169

Page 2
Statement Date: 01/27/2014

| Account Number | 8000005101 |
| Payment Due Date | 02/12/2014 |
| **Amount Due** | **$49,032.38** |

Refuse for cause

### Transaction Activity Since Last Statement

| Transaction Description | Date Due | Trans Date | Amount | Principal | Interest | Escrow | Optional Insurance | Fees/ Other |
|---|---|---|---|---|---|---|---|---|
| Late Charge | 09/11 | 10/28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.42 |
| Late Charge | 09/11 | 11/27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.42 |
| Late Charge | 09/11 | 12/27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.42 |
| City Tax | 01/14 | 01/16 | $1,277.75 | $0.00 | $0.00 | -$1,277.75 | $0.00 | $0.00 |
| Escrow Advance | 09/11 | 01/16 | $1,277.75 | $0.00 | $0.00 | $1,277.75 | $0.00 | $0.00 |
| Other Tax | 01/14 | 01/21 | $2,127.40 | $0.00 | $0.00 | -$2,127.40 | $0.00 | $0.00 |
| Escrow Advance | 09/11 | 01/21 | $2,127.40 | $0.00 | $0.00 | $2,127.40 | $0.00 | $0.00 |
| Late Charge | 09/11 | 01/27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$30.42 |
| PROP INSP FEE | 07/18 | 07/18 | $11.50 | $0.00 | $0.00 | $0.00 | $0.00 | $11.50 |
| PROP INSP FEE | 08/19 | 08/19 | $11.50 | $0.00 | $0.00 | $0.00 | $0.00 | $11.50 |
| APPRAISAL FEE | 08/21 | 08/21 | $315.00 | $0.00 | $0.00 | $0.00 | $0.00 | $315.00 |
| PROP INSP FEE | 09/18 | 09/18 | $11.50 | $0.00 | $0.00 | $0.00 | $0.00 | $11.50 |
| PROP INSP FEE | 10/18 | 10/18 | $11.50 | $0.00 | $0.00 | $0.00 | $0.00 | $11.50 |
| PROP INSP FEE | 11/15 | 11/15 | $12.50 | $0.00 | $0.00 | $0.00 | $0.00 | $12.50 |
| PROP INSP FEE | 12/23 | 12/23 | $12.50 | $0.00 | $0.00 | $0.00 | $0.00 | $12.50 |
| PROP INSP FEE | 01/16 | 01/16 | $12.50 | $0.00 | $0.00 | $0.00 | $0.00 | $12.50 |
| APPRAISAL FEE | 01/23 | 01/23 | $315.00 | $0.00 | $0.00 | $0.00 | $0.00 | $315.00 |



Check here and see reverse for address correction.

KARL HENCK
KAREN C HENCK
10 CHARLES STREET
QUINCY, MA 02169

CCO MORTGAGE
PO BOX 42111
PROVIDENCE RI 02940-2111

**Amount Due**
Loan Number: 8000005101
Due By 02/12/2014     $49,032.38
$30.42 late fee will be charged after 02/27/2014

Please specify additional payments to:
Principal _____
Escrow _____
Late Charges _____
Other Fees _____
Total Amount Enclosed: _____

Please write your loan number on your check. Make check payable to CCO Mortgage

Refused for cause

293   800000510149032384906280022714 3

Page 3

Our goal is to provide you with industry-leading service. The following information is provided as part of that commitment. Please review it thoroughly.

Your **Statement Date** is the closing day for all activity shown on the statement. Any activity after this date will be shown on the next statement.
The **Transaction Activity** section shows any transactions that have credited or debited your account since your last statement.

**In case of errors or for information requests**

**Please call our Customer Service Department Monday - Friday 8:00 am to 5:00 pm ET at: 1-800-234-6002 or write to us at:**

CCO Mortgage
ATTN: Customer Service
P.O. Box 6260
Glen Allen, VA 23058-6260

**IMPORTANT BANKRUPTCY INFORMATION:**
If you or your account is subject to pending bankruptcy proceedings, or if you have received a discharge, this statement is for information purposes only. It is to advise you of the status of the loan securing the debt and is not an attempt to collect a debt.
**IMPORTANT NOTICE TO SERVICEMEMBER AND THEIR DEPENDENTS:**
If you are a servicemember who is, or recently was, on "active duty" or "active service", or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from foreclosure or eviction, pursuant to the Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended (the SCRA) and possibly, certain similar state statutes.
If you believe you may be entitled to rights and protections under SCRA, please contact us at:
CCO Mortgage
ATTN: Special Loans
P.O. Box 6260
Glen Allen, VA 23058-6260
This communication is an attempt to collect a debt. Any information obtained will be used for that purpose.
We may report information about your account to the credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Overnight Mail:
CCO Mortgage
10561 Telegraph Rd.
Glen Allen, VA 23059-4577

Insurance Department:
RBS Citizens, N.A.
P.O. Box 202060
Florence, SC 29502-2060

For Payments without a Coupon:
CCO Mortgage
P.O. Box 42111
Providence, RI 02940-2111

Tax Department:
CCO Mortgage
P.O. Box 961242
Fort Worth, TX 76161

**PAYMENT INSTRUCTIONS**
**Payment by mail:** Please make your check payable to CCO Mortgage. Be sure to write your loan number on your check and do not send cash or coins through the mail. To ensure prompt processing, send your check, along with the bottom portion of the statement, in the enclosed envelope and allow sufficient time for delivery.
**On-Line Banking Payments:** If you are using an on-line paying/banking service to remit your payment, please direct your payments to: CCO Mortgage P.O. Box 42111 Providence, RI 02940-2111.
**Additional Funds:** If you send funds over and above your normal payment(s), please use the space provided on the detachable coupon to indicate how you want those funds to be applied. Additional funds received, if not specified, will be applied first to outstanding fees then to your principal. Additional principal payments may be made only if your loan is current.
**Correspondence:** Please do not send correspondence with your payment; send all correspondence to: ATTN: Customer Service P.O. Box 6260 Glen Allen, VA 23058-6260
**Payments:** All payments received are accepted and deposited conditionally, subject to verification and collection. If a payment made in connection with this loan is not honored by the financial institution on which it is drawn, a return item charge will be assessed.
**AUTOMATIC LOAN PAYMENT**
We offer a program that provides automatic payments from your account at no cost to you. You can save time, postage and the worry that your payment will be delayed or lost in the mail. For additional information, visit our website: www.ccomortgage.com or contact a Customer Service Representative at 1-800-234-6002.
**PAYMENT BY PHONE**
You may have funds transferred electronically from a designated deposit account and posted to your mortgage the day it is due or for a date in the future. Call 1-800-234-6002 for details. You'll need your bank's routing information and your checking account number (located at the bottom of your check), in addition to your loan number and Social Security number. There is a nominal fee for this service.
**LATE CHARGES**
Payments received after the due date are considered late. Late charges will be assessed according to the terms of your note and/or security instrument. CCO Mortgage assumes no responsibility for mailing time. We recommend that you always use the mailing envelope and coupon provided and allow sufficient time for payments to reach us.
**PAYMENT PROBLEMS**
If you are having trouble making your payments, please contact HUD to locate an approved counselor in your area at: 1-800-569-4287 or:
www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm

**ESCROW ACCOUNTS**
CCO Mortgage requires all loans that closed with an escrow account to remain escrowed for the life of the loan. Exceptions are made only when state laws mandate escrow terminations.
**TAXES**
If CCO Mortgage collects escrow for payment of your real estate taxes, we will request your tax bill if your locality allows us to do so. However, if you receive a tax bill and we escrow for your taxes, please put your loan number on the bill and forward it immediately to:
CCO Mortgage
P.O. Box 961212
Fort Worth, TX 76161-9855
Phone: 1-866-202-8354

If you receive a supplemental, pro-rata, or interim bill, please call our Customer Service Department at 1-800-234-6002 to determine if CCO Mortgage will pay this bill from your escrow account.

If CCO Mortgage does not escrow for payment of your taxes, you are responsible for payment of your taxes directly to your taxing authority. Failure to pay these taxes in a timely manner may result in tax advances, increased payments, liens or tax sales.
**INSURANCE**
Your security instrument requires that you maintain fire and extended coverage for at least the amount of the outstanding loan balance or replacement cost value. As a homeowner, it is important to protect your investment. You should consult with your agent, broker, or insurance carrier to determine the replacement value of your property and discuss available coverage. Please make sure the mortgage clause on your policy reads as follows:

Mortgagee Clause: RBS Citizens, N.A.
ISAOA ATIMA
P.O. Box 202060
Florence, SC 29502-2060
Phone: 1-866-826-4904
Fax: 1-843-413-2008

**PMI INSURANCE**
If you have Private Mortgage Insurance, you may be eligible to cancel your insurance based on meeting certain requirements. A request to consider deleting the Private Mortgage Insurance on your loan must be made in writing to the P.O. Box 6260 address. Once we receive it, CCO Mortgage will send you specific cancellation guidelines.

04CCO092683

*[Handwritten across page: "Refused for cause"]*