UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10662-GAO

KARL NELSON,
Plaintiff,

v.

KAREN BERRIS, Chief Clerk, Windham Judicial District, State of Connecticut,
Defendant.

ORDER
March 6, 2014

O'TOOLE, D.J.

This action was initiated in 2012 by plaintiff Karl Nelson, a resident of Quincy, Massachusetts. He filed his self-prepared complaint against the defendant Karen Berris, a clerk for a state court in Connecticut. The undersigned granted the defendant's motion to dismiss and the case was closed in August 2012. Plaintiff did not file a Notice of Appeal.

Almost one month after the dismissal of this action, on September 11, 2012, plaintiff filed a letter; and he has continued to file letters almost monthly. See Docket Nos. 18- 33. The letters are addressed to the docket clerk and are generally accompanied by a document upon which plaintiff has written the words "Refused for Cause." Some of the documents concern mortgage statement sand others concern notices of parking violations.

Plaintiff's purpose in filing these documents is unknown. However, the continued filing of these letters and documents is vexatious and a burden on the Court's time and resources.

Accordingly, it is hereby ORDERED that plaintiff shall refrain from filing further

letters and documents in this closed case.   Any letters which are submitted for filing by the plaintiff shall not be filed or docketed by the Clerk, but shall be returned to the plaintiff.

SO ORDERED.

                                               /s/ George A. O'Toole, Jr.
                                              United States District Judge